Date: 2/10/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

APPLICANT pro-se 82,804-01
Christopher
Maxwell
TDCJ-ID#1775738

C.T.Terrell/R3 Unit
1300 F.M. 655
Rosharon, TX. 77583

ATTENTION
Texas Court OF
CRIMINAL APPEALS
P.O. BOX 12308
Austin, TX. 78711

Re: Writ of Habeas Corpus
Lamar Co. TX. — Cause# 24592-HC-1
Trl. Ct#↑

Dear Clerks of Ct. of Crim. Apps
& Lamar Co. TX
Please Correct the Return Address
to Recipient/Applicant-Pro-se
Christopher Maxwell #1775738
As Shown Above.
<NOT KW Burden 766908>
Thank you.

Christopher Maxwell
#1775738
E1-10 cell
C.T. Terrell unit

C/C on File: Lamar Co. Clerks